JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISRICT OF NEVADA

| | |
|---|---|
| ALMA QUINONES DE MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S, a Foreign Corporation; DOE EMPLOYEE, an individual; DOES 1 through 10; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02115-JAD-NJK<br><br>**STIPULATION AND ORDER FOR** <u>**DISMISSAL WITH PREJUDICE**</u><br><br>ECF No. 18 |

**WHEREAS** all Parties and their respective counsel have agreed upon a full and final settlement of this case:

**IT IS HEREBY STIPULATED AND AGREED** by and between Pooja Kumar, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Kevin A. Sprenz, Esq. of the law firm SPRENZ LAW as counsel of record for Plaintiff ALMA QUINONES DE MARTINEZ as follows:

1.      That the claims herein of Plaintiff ALMA QUINONES DE MARTINEZ against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//

//

NG-C2N3CBX6 4920-9667-2886.1

2.    That there is no trial date set for this matter.

**IT IS SO STIPULATED.**

DATED this __ day of May, 2026.

**SPRENZ LAW**

/s/

KEVIN A. SPRENZ, ESQ.
Nevada Bar No. 07924
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129
(702) 243-4900
Attorneys for Plaintiff
Alma Quinones de Martinez

DATED this 15 day of July, 2026.

**COOPER LEVENSON, P.A.**

/s/

JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
POOJA KUMAR, ESQ.
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

## ORDER

Based on the parties' stipulation **[ECF No. 18]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 1, 2026

2

NG-C2N3CBX6 4920-9667-2886.1